Lawrence Kirkley
(Name)
PO Box 4670
(Address)
Lancaster, CA 93539
(City, State, Zip)
K 84395
(CDCR / Booking / BOP No.)

```
┌─────────────────────────────┐
│          FILED              │
│   ┌─────────────────────┐   │
│   │    Jul 28 2022      │   │
│   └─────────────────────┘   │
│   CLERK, U.S. DISTRICT COURT│
│ SOUTHERN DISTRICT OF CALIFORNIA │
│ BY      s/ shellyy    DEPUTY │
└─────────────────────────────┘
```

# United States District Court
## Southern District of California

Lawrence Geneleon Kirkley
(Enter full name of plaintiff in this action.)

Class Action

                Plaintiff,

v.

Beuna Park Police Chief
_____,
_____,
_____,
(Enter full name of each defendant in this action.)

              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. **'22CV1114 JLS  DEB**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Lawrence Kirkley,
(print Plaintiff's name)
_____, who presently resides at PO Box 4670 Lancaster
(mailing address or place of confinement)
CA 93539_____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at 6467 Cerritos
Holder Beuna Park CA on (dates) 1989 , _____, and _____.
(institution/place where violation occurred)      (Count 1)     (Count 2)     (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant Detective WADDel resides in ORANGE County CA
(name)                                              (County of residence)

and is employed as a Buena Park Police Officer. This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: under Color of LAW used me as a witness
Against a mAn for a drive by shooting then placed
Me back into the sAme Address.

Defendant Buena Park Police Chief resides in ORANGE County,
(name)                                              (County of residence)

and is employed as a Chief of Buena Park Police. This defendant is sued in
(defendant's position/title (if any))                 Dept

his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: Under Color of LAW HAs disregarded the
situation that has Jeopardized my Life On
Numerous Occassions CAusihg Injury.

Defendant _____ resides in _____,
(name)                                              (County of residence)

and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _____

_____

_____.

Defendant _____ resides in _____,
(name)                                              (County of residence)

and is employed as a _____. This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _____

_____

_____.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: **Cruel & Unusual Punishment Due Process of Law**

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

In 1989 I was a Resident in The County of Orange and for The city of Buena Park where in Fact I was shot at by a Drive by Shooting. I was then used By the district Attorneys office To testify at the Age of Twelve years old. I was Then placed back at The 6467 Address and left To defend myself, back and forth From school, and Anywhere in The State due To a district Attorney who in fact used me To obtain a Conviction of Anyone who fit The subscription. witneses who still Reside and, District Attorney who still Resides in The County of Orange. State Evidence From the last Thirty years being Assaulted And used by the District Attorneys office who have Failed The district Attorneys office as well police department failed To protect in numerous different ways leading me To be Assaulted And used in Numerous different ways by State people and officials.

Count 2:  The following civil right has been violated: _____

Crical & Unusual punishment.

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

1989 The chief still to date Has failed to Address my situation and Has failed To protect me and my family post Testimony.

Simple witneses post Testimony Could be sapeynaed To testify To the facts of The departments neglagence.

Count 3:  The following civil right has been violated: _____

_____ (E.g., right to medical care, access to courts,

_____
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

  Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes  ☐ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _Henny Kapp Ulladger Lawrence Kirkly_
Defendants: _Henry Rupp_
(b)  Name of the court and docket number: _5:22 Cv 01098 FLA MAA_

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _Still pending_

(d)  Issues raised: _Legal unalpractice_

(e)  Approximate date case was filed: _6/1/2022_

(f)  Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ?  ☐ Yes  ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

Prevent the Department from Holding or disclosing Information. Prevent my Incareeration based On self defense based On Original shooting.

2. Damages in the sum of $ 5. Million.

3. Punitive damages in the sum of $ 5. million.

4. Other: Place department and city Under Endictment

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

7°16°2022

Date

_Signature of Plaintiff_

During 1989 .

During The above Date I was Aproximately Twelve years of Age when I was used by the people of The State when in Fact I Had been used by DDA AT That Time ms mihninger where After I was used I was placed Back into The SAMe Residence 6467 Cerritos, Holder Avenue. I'm Asking this Civil claim based on Numerous post Testimony Assaults Ive undergone Including my parents being harrassed and my father nearly being Hit with a baseball BAt my Brother Having His new CAR window SHot out. Due To a Continual Assault by Neighborhood criminals, I was then Prosecuted by the district Attorneys office for defending my self post Testimony. I'm Asking the claim be Awarded Ten million and 10 million In punitive damages And my sentence to be overturned based On The 1994 CASE being self defense. And family be given Ten million

In Damages Suite due or Psychological Damage. I'm Asking The State be punished For Housing me in General population where I WAS nearly Killed in 2003. I'm Asking All State Evidence be Sapeonoed To Show and prove The CASE where a material Evidence be Turred over To The Lawyers.

I'm Asking you provide me an Evidentiary hearing As well Provide me Counsel To present The CASE based On Continual ASSAults I've faced by gang members withih The state CDCR System. Thank You.

Sincerly

Sam Geleen Kukly

Lawrence GEne Leen Kirkley
K 84395 · D · 5 · 217
Po Box 4670
Lancaster, CA 93539

LEGAL AND
CONFIDENTIAL
MAIL



Clerk of US District Court
333 West Broadway
Suite 420
San Diego, CA
92101

